UNITED DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :

                                            Hon. Dickinson R. Debevoise
                                            Criminal No. 09-622 (DRD)

      V    :

MICHAEL GOLDNER    :    **CONSENT ORDER**

This matter coming before the Court on application of John D. Lynch, Esq.., attorney for defendant, Michael Goldner, and **with the consent** of Assistant United States Attorney Lee Vartan, appearing on behalf of the Government ;

IT IS on this 17th day of November, 2010

**ORDERED**, that the defendant Michael Goldner, be permitted to surrender to the Federal Correctional Institution located at Fort Dix, 5756 Hartford & Pointvile Road, Fort Dix, New Jersey at or before Noon on January 10, 2011;

**FURTHER ORDERED**, that all other terms and conditions of the defendant's bail obligations shall remain in force and effect.

                                                                  **HON. DICKINSON R. DEBEVOISE, USDCJ**